No. 90–1147.   CANNISTRARO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 90–1225.   AULSTON ET AL. v. UNITED STATES ET AL. C. A. 10th Cir.   Certiorari denied.

No. 90–1232.   SMS DATA PRODUCTS GROUP, INC. v. UNITED STATES ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 90–1252.   CARBALLO v. UNITED STATES; and
No. 90–7501.   COELLO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 913 F. 2d 861.

No. 90–1261.   QUAVE v. PROGRESS MARINE ET AL.; and
No. 90–1489.   PROGRESS MARINE ET AL. v. QUAVE.   C. A. 5th Cir.   Certiorari denied.   Reported below: 912 F. 2d 798 and 918 F. 2d 33.

No. 90–1271.   NORFOLK & WESTERN RAILWAY CO. v. ROBERSON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–1272.   BULLARD v. MADIGAN, SECRETARY OF AGRICULTURE.   C. A. 4th Cir.   Certiorari denied.

No. 90–1276.   MILLARD v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 90–1285.   SHAVALIER v. SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 90–1287.   BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA ET AL. v. UNITED STATES DEPARTMENT OF LABOR ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–1291.   COOPER v. WILLIAMSON COUNTY BOARD OF EDUCATION.   Sup. Ct. Tenn.   Certiorari denied.